Maurice **JOHNSON**, Plaintiff—
Appellant,

v.

Raymond J. **WEST**; Thomas M. Flosnick; Federal Bureau of Investigation; U.S. Drug Enforcement Agency, Defendants—Appellees.

No. 04–6869.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 26, 2004.

Decided Sept. 2, 2004.

Maurice Johnson, Appellant pro se. Thomas Michael DiBiagio, United States Attorney, Neil Ray White, Office of the United States Attorney, Baltimore, Maryland, for Appellees.

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Maurice Johnson appeals the district court's orders dismissing his civil action pursuant to 42 U.S.C. § 1983 (2000), and denying relief on his Fed.R.Civ.P. 59(e) motion. We have reviewed the record and the district court's orders and find no re-

versible error. We affirm the district court's dismissal of Johnson's § 1983 complaint on the reasoning of the district court. *Johnson v. West,* No. CA–03–3406–8–PJM (D.Md. May 14, 2004). In addition, we find that the district court's denial of Johnson's Rule 59(e) motion was not an abuse of discretion. *Temkin v. Frederick County Comm'rs,* 945 F.2d 716, 724 (4th Cir.1991). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*